Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Division

**Case No: 20-cv-1407**
**Judge: Manish S. Shah**
**Magistrate Gabriel A. Fuentes**

Admirial April M. Roszak (Witness Protected)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**Also See Attached UNITED STATES MARSHALLS SERVICES CHICAGO & Milwaukee FEDERAL BUREAU OF INVESTIGATION CHICAGO FEDERAL BUREAU OF INVESTIGATION Milwaukee, U.S AIR MARSHAL MICHAEL WHER D.C., U.S. MARSHAL FLOYD CHARLES CHICAGO, FBI FIELD AGENT FRED-CHICAGO, U.S. MARSHAL VICTORIA-CHICAGO,U.S. MARSHAL JAMES SCOTT ATLANTA, FBI AGENT MILEAUKEE-MARCUS, U.S. MARSHAL MAXWELL CHICAGO ASSIGNED RACINE, WI.
Dr. Douglas Langer; Veterinary Wisconsin Equine Clinic
Dr. Racheal Bourne Janke; Wisconsin Equine Clinic
Karen Checki Garica, Martin Garcia(witness protection AKA JOSE GARICIA)
Kathleen Mary King
Michael J. Sadowski
Katherine F. Wurel
Sara Parker WITNESS PROTECTION Horse Trainer
Maureen Stramalowski, W1987 Highway 187, Sussex, Wi
Carolyn Koning, Menomonee Falls, Wisconsin
Great Lakes Naval Base Jag 4,5, and 6 Military Judges 2601 Paul Jones Street, Great Lakes, IL
Jag Steinbeck and Jag Stenkie
Dr. Robert Magnus AKA (Candon or Canton) Witness Protection.

Jury Trial: *(check one)* ☒ Yes ☐ No

RECEIVED
FEB 26 2020 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A [redacted] CRIMINIAL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Admirial April M. Roszak |
| Street Address | Witness Protection |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | unknown |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U. S. Marshals Services Chicago |
| Job or Title *(if known)* | U.S. Marshals (Floyd Charles, Victoria) |
| Street Address | 219 South Dearbourn Street Suite 2444 |
| City and County | Chicago, |
| State and Zip Code | IL 60604 |
| Telephone Number | 312-353-5290 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | FBI |
| Job or Title *(if known)* | FBI agent Marcus |
| Street Address | Lake Drive |
| City and County | South Milwaukee |
| State and Zip Code | Wisconsin |
| Telephone Number | 414-276-4684 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | U. S. Marshals Services MIlwaukee |
| Job or Title *(if known)* | U. S. Marshals -Marshal O'connor |
| Street Address | 517 E. Wisconsin Ave |
| City and County | Milwaukee and MIlwaukee County |
| State and Zip Code | Wisconsin 53202 |
| Telephone Number | 53202 |
| E-mail Address *(if known)* | unknown |

Defendant No. 4

| | |
|---|---|
| Name | Rachael Bourne Janke Silverstein AKA Rese Weatherspoon |
| Job or Title *(if known)* | Animal Husbandary |
| Street Address | Possible Carmen st in Jefferson, Wisconsin |
| City and County | Jefferson, Jefferson County |
| State and Zip Code | Wisconsin |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | unknown |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

| | |
|---|---|
| Defendant No. 12 | _Katherine F. Wurel_____________________ |
| Name | __Katherine F. Wurel_________________________ |
| Job or Title | _Retired_____________________________________ |
| Street Address | _4218 W. Highland Blvd., ____________________ |
| City and County | __Milwaukee Milwaukee County___ |
| State and Zip Code | __Wisconsin ________________________________ |
| Telephone Number | _ 608-579-3015______________________________ |
| E-mail Address | Unknown_____________________________________ |

06/01/2017---18US CODE 73 OBSTRUCTION OF JUSTICE AND 18 us code 3521(A)(B)(C)(D)(E)(F)(G)(H) WITNESS RELOCATION AND PROTECTION,18 U.S. CODE 1512 TAMPERING WITH WITNESS OR VICTIM(A1 a and b) 2Bii, 3B i, (b)2(B), (c)(2) -BY THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS U.S. MARSHAL FLOYD CHARLES -MILWAUKEE, WISCONSIN, MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI IN PATICTULAR U.S. FIELD AGENT FRED U.S. MARSHAL-CHICAGO VICTORIA-U.S. MARSHAL ROBERT O'CONNOR AND U.S. AIR MARSHAL MICHAEL WHER 18 us code 3521(A)(B)(C)(D)(E)(F)(G)(H) WITNESS PROTECTION AND RELOCATION ,18 U.S. CODE 1512 TAMPERING(A1 a and b) 2Bii, 3B i, (b)2(B), (c)(2) . U.S.MARSHAL JAMES SCOTT ATLANTA. 18USC1521 TAMPERING WITH A WITNESS, FBI AGENT MARCUS- MiLWAUKEE 18USC 1521B, C, TAMPERING WITH A WITNESS-BY THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –U.S. MARSHAL-CHICAGO, VICTORIA-U.S. MARSHAL ROBERT O'CONNOR AND U.S. AIR MARSHAL MICHAEL WHER. U.S.MARSHAL JAMES SCOTT ATLANTA, DIANE WHER. THE STATE OF WISCONSIN 18 CODE 3521, S6002, 701B&C, 42USC 1983, AND FEDERAL COURTS -MILWAUKEE, WISCONSIN 18 CODE 3521, S.2420-97, 701B,E; AND 42USC 1983CIVIL RIGHTS ACT OF 1871 10USCODE 921ART121 LARCENY U.S. AIR MARSHAL MICHAEL WHER , AND DIANE WHER,U.S MARSHAL FLOYD CHARLES THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, U.S. MARSHAL-CHICAGO VICTORIA-U.S.MARSHAL MAXWELL.18 U.S. CODE 201 BRIBERY U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER. 18US CODE 3301 SECURITIES FRAUD OFFENSES DIANE WHER, U.S. AIR MARSHAL MICHAEL WHER, 18 US CODE1956 LAUNDERING OF MONETARY INSTRUMENTS- THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, U.S. AIR MARSHAL MICHAEL WHER, U.S.MARSHAL JAMES SCOTT ATLANTA, DIANE WHER. 18USC656 THEFT U.S MARSHAL FLOYD CHARLES EMBEZZLEMENT THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –U.S MARSHAL MILWAUKEE, WISCONSIN, U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER. 18USC 1001 903 FALSE STATEMENTS CONCEALMENT U.S. FIELD AGENT FRED, U.S. MARSHAL ROBERT O'CONNOR, U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER, THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI. 18USC371 CONSPIRANCY TO DEFRAD THE UNITED STATES GOVERNMENT U.S. AIR MARSHAL MICHAEL WHER AND DIANE WHER, THE U.S. MARSHALS SERVICE CHICAGO ILNOIS – THE U.S. MARSHALS SERVICE MILWAUKEE, WISCONSIN, FBI CHICAGO- IL, FBI MILWAUKEE, WI. 18 US CODE 1345 INJUNCTION AGAINST FRAUD U.S MARSHAL FLOYD CHARLES , GREAT LAKES NAVAL BASE UNITED STATED NAVY, THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –THE U.S. MARSHALS SERVICE MILWAUKEE, WISCONSIN, THE U.S. MARSHALS SERVICE MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI , U.S. FIELD AGENT FRED, U.S. MARSHAL-CHICAGO VICTORIA- U.S. MARSHAL ROBERT O'CONNOR U.S. AIR MARSHAL MICHAEL WHER U.S.MARSHAL JAMES SCOTT ATLANTA, FBI AGENT MARCUS- MiLWAUKEE DIANE WHER. 06/01/2017 THE UNITED STATES MARSHALLS SERVICE CHICAGO HAS VIOLATED MY RIGHTS in May of 2019 and September 24, 2019:My contract is from October of 2018.

A.) The United States Marshalls Service (CHICAGO) refused to come and get me via a released from jail in 2018. Thus my witness protection horses were stolen. THEY DID NOT RESPONE TO FEDERAL NOTIC The Majority of this action happened between June of 2017 and September 2019.

It happened in Milwaukee County, Racine County and Oconomowoc, and Jefferson Wisconsin. The horses have been seen Menomonee Falls Wisconsin and in Waukesha County.

B.) The United States Marshalls Service refused to assist me finding my horses.

C.) The United States Marshalls Service (Milwaukee) refused to give my money which was transferred from Aruba Totaling $989, Trillion, 80 trillion held at manhattan northpoint Il, 385 trillion held at Maxwell funeral home, 90 trillion held at beach investments- northpoint, 385 trillion dollars at the Las Vegas FBI, 90 thousand bollars held at Merton, Wi state bank, over 600 trillion dollars held by Michael Wher at us bank Calvary Canda, 380 trillion dollars given to Sentor Ronald Johnson without my permission by Michael wher. My defense contractor accounts held at Town Bank, U.S, BANK AND M&I BANK ONE ACCOUNT CONTAINING 290 TRILLION DOLLARS IN Aruba dollars in the name of Rockwell Automation and Steel . In the United States that amount more than doubles. 390 COTILLION WAS TRANSFERRED TO DIANNA WHER BECAUSE THE BANK WENT OUT OF BUSINESS. Some may be consealed at Masterson who seem to be investing along with Marshal Wher.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/26/2020

Signature of Plaintiff: Administrator April M Bozak

Printed Name of Plaintiff: April Bozak

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: NONE PRO Se Plaintiff WITNESS PROTECTED

Printed Name of Attorney: N/A

Bar Number: N/A

Name of Law Firm: N/A

Street Address: N/A

State and Zip Code: N/A

Telephone Number: N/A

E-mail Address: N/A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the

Northern District of Illinois

Admiral April M. Roszak

Plaintiff(s)

Katherine F. Wurel

Defendant(s)

## SUMMONS IN A CRIMINAL ACTION

To: (Defendant's name and address)

Katherine F. Wurel
4218 W. Highland Blvd
Milwaukee, Wisconsin

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Witness Protected

Admiral April M. Roszak
6508 S. 27th Street No. 135
Oak Creek, Wisconsin 53154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 21, 2020

Signature of Clerk or Deputy Clerk

KATHERINE WUREL

~~Kathleen Mary King~~ Milwaukee, Wisconsin
18 U.S.2322b, 47-3-210, 47-3-960 GRAND THEFT DOG, 18USC 667 THEFT OF LIVE STOCK (11 COUNTS), , CODE 47-3-960 GRAND THEFT DOG, WISCONSIN STATUE 951.03 DOGNAPPING. 18 U.S. CODE 656 THEFT, 18 U.S.CODE 983 CIVIL FORFEITURE, 18 U.S. CODE 656 THEFT 18 U.S.CODE 113 THEFT
Took from Mt. Pleasant, Wisconsin my witness protection black 12 year old female cocker Spaniel named Dolly April Marie Roszak. She may be sent back and forth between Kathleen King and Theresa Kruger and Dr. Douglas Langer or Wisconsin Equine Clinic.
Kathleen King, Michael Sadowski, Dr. Douglas Langer and Theresa Kruger have violated my rights by avoiding the Federal Demand notice demanding the return of Dolly April Marie Roszak. Katherine Wurel also refused to return Dolly. Dolly disappeared in September of 2018 along with all my medical equipment (walker, cane, tooth). Ms. King also set down a case with my purse in it and left it there; it contained 1000.00 in cash and about $400,000.00 in Jewelry. Ms. King's sister has claim Carolyn has claimed to have the Jewelry.

AO 10A (Rev. 03/17)

# REQUEST FOR EXAMINATION OF REPORT FILED BY A JUDICIAL OFFICER OR JUDICIAL EMPLOYEE

In accordance with section 105 of the Ethics in Government Act of 1978, as amended, I request that the report of the following named Judicial Officers or Judicial Employees be sent to me in electronic form. By checking this box, I am requesting a paper copy rather than an electronic copy ☑ *(See instructions).*

| NAMES OF INDIVIDUALS WHOSE DISCLOSURE REPORTS ARE REQUESTED | NAME | POSITION | YEAR(S) REQUESTED |
|---|---|---|---|
| | Judge J. P. Stadtmueller | Judge | 2019 |
| | United States Marshals O'Connor | U.S. Marshals Service | 2019 |
| | United States Marshals Wehr | U.S. Marshals Service | 2018 and 2019 |
| | United States Marshals Fred-Chicago | U.S. Marshals Service | 2018 and 2019 |
| | Federal Bureau of Investigation Marcus | FBI- Milwaukee | 2018 and 2019 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ORGANIZATIONS OR PERSONS ON WHOSE BEHALF THIS REQUEST IS MADE | NAME | ADDRESS |
|---|---|---|
| | April M. Roszak | 6508 S. 27th St. # 135, Oak Creek, Wisconsin 53154 |
| | | |
| | | |

**PROHIBITIONS**

I understand that the statute makes it unlawful to obtain or use this or these reports for: any unlawful purpose; any commercial purpose other than by news and communication media for dissemination to the general public; determining or establishing of the credit rating of any individual; or use, directly or indirectly, in the solicitation of money for any political, charitable, or other purpose (5 U.S.C. App. 4 § 105(c)).

I understand that whoever, in any manner within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document, knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both (18 U.S.C. § 1001).

I am aware of the prohibitions on the obtaining and use of this information, as are stated above, and that this request for examination is a matter of public record.

**PERSON MAKING REQUEST**

| Name: General April M. Roszak | Occupation: Treasury Accountant |
|---|---|
| Phone Number: (262) 221-3483 | Email Address: am.Roszak@outlook.com |
| Mailing Address: 6508 S 27th St, #135 Oak Creek, Wisconsin 53154 | |

I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

General April M. Roszak [signature] — *Signature*

11/08/2019 — *Date executed*

# Instructions for Requesting a Copy of a Financial Disclosure Report from the Financial Disclosure Office

These instructions provide you with the information necessary to request a copy of a judge's or a judiciary employee's financial disclosure report filed with the Administrative Office of the U.S. Courts in accordance with the requirements of the Ethics in Government Act of 1978, as amended (Act) (5 U.S.C. app. §§ 101-111). Before a financial disclosure report can be released, a Form AO 10A, Request for Examination of Report Filed by Judicial Officer or Judicial Employee, must be completed. Each judge or employee whose report you request must be listed by name on the form.

The Form AO 10A may be obtained from the judiciary's website at www.uscourts.gov or from the Financial Disclosure Office. Questions concerning the completion of the Form AO 10A, or the report request process, should be directed to the Financial Disclosure Office at (202) 502-1850, or by fax at (202) 502-1899.

Please note that section 105(b)(2)(A) of the Act requires that you provide your name, occupation, and address on the Form AO 10A. Section 105(b)(2)(B) requires that if you are obtaining a report at the request of, or on behalf of, another individual or an organization, you must specifically list that individual or organization in the appropriate block on the form. Section 105(b)(3)(C) requires you to sign the request form indicating that you are aware of the prohibitions on wrongful use as delineated on the form and in section 105(c)(1) of the Act. Failure to comply with these statutory requirements is cause to deny your request. It is helpful to provide a phone number and email address where you can be reached in case there is a question relating to your request.

All financial disclosure reports will be provided on an electronic storage device at no charge. If you wish to receive a paper copy of a report, you must check the appropriate box on the Form AO 10A. The reproduction cost for a paper copy of a financial disclosure report is $0.20 per page. The Financial Disclosure Office only accepts checks and money orders for the exact amount provided to you. Your check or money order should be made payable to the Administrative Office of the United States Courts. Paper copies of a report will not be mailed until payment has been received.

After completing the Form AO 10A, you must return the form to the Financial Disclosure Office, Administrative Office of the United States Courts, Suite 2-301, One Columbus Circle, N.E., Washington, D.C. 20544; email it to CommitteeonFinancialDisclosure@ao.uscourts.gov (with Form AO 10A in the subject line); or fax it to (202) 502-1899. Upon receipt of the Form AO 10A, each judge or employee will be notified that you requested his or her report, then a copy of the requested report will be sent to you. If a paper copy is requested, you will be notified of the cost.

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

United States of America
v.
Rachael Bourne Janke (aka Rese Weatherspoon; Silverstein)
*Defendant*

Case No. to be assigned

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | |
|---|---|
| Place: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS<br>219 SOUTH DEARBOURN<br>CHICAGO, IL | Courtroom No.: TO BE ASSISGNED<br>Date and Time: |

This offense is briefly described as follows:

Personally comes General April M. Roszak who makes an oath that Rachel Bourne Janke (hereinafter called the accused) did on January 2, 2020 and into January 3, 2020 commit the offense of Intention serious bodily injury by throwing 2 open canisters of ether down the aisle of Wisconsin Equine Clinic against Statue (18 USC Section 1365 (3)(h)) and the offense of (18 U.S. Code 2117) Breaking and entry while General April M. Roszak (Witness Protected) was in Wisconsin Equine Clinic and Dr. Douglas Langer was in Wisconsin Equine Clinic; in addition in Wisconsin Equine clinic were approximately ten (10) Witness Protected Horses; which Rachel Bourne Janke knew were housed at Wisconsin Equine Clinic. Effects of ether on the cardiovascular are: tachycardia and hypertension and pulmonary edema. Ether is extremely hard on body organs becau associated with ether is that of death.

Date: 02/21/2020

Admirial April M Roszak
*Issuing officer's signature*

ADMIRIAL APRIL M. ROSZAK (MILTY. POL & SO)
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ❒ Returned this summons unexecuted

Date: 02/21/2020

*Server's signature*

ADMIRIAL APRIL M. ROSZAK (MILTY. POL & SO)
*Printed name and title*

Case No. to be assigned

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: Rachael Bourne Janke (aka Rese Weatherspoon; Silverstein)

Last known residence: CARMEN ST. JEFFERSON, WISCONSIN

Usual place of abode *(if different from residence address):* MAY ALSO BE FOUND A MERCY WOMANS SHELTER AND WIT MARSHCAL JAMES SCOTT ANDERSEN, ST CATHERINES ALL IN MILWAUKEE, WISCONSIN.

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______

## PROOF OF SERVICE

This summons was received by me on *(date)* ______ .

❒ I personally served the summons on this defendant ______ at *(place)* ______ on *(date)* ______ ; or

❒ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)* ______ , who is authorized to receive service of process on behalf of *(name of organization)* ______ on *(date)* ______ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because: ______ .

I declare under penalty of perjury that this information is true.

Date returned: ______

______
*Server's signature*

______
*Printed name and title*

Remarks:

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF ILLIONIS

**Criminal Warrant** **Case No. NOT ASSIGNED**

**Witness Protection Judge of Chicago Illionis Warrant No.**

Personally comes General April M. Roszak who makes an oath that Rachel Bourne Janke (hereinafter called the accused) did on January 2, 2020 and into January 3, 2020 commit the offense of Intention serious bodily injury by throwing 2 open canisters of ether down the aisle of Wisconsin Equine Clinic against Statue (18 USC Section 1365 (3)(h)) and the offense of (18 U.S. Code 2117) Breaking and entry while General April M. Roszak (Witness Protected) was in Wisconsin Equine Clinic and Dr. Douglas Langer was in Wisconsin Equine Clinic; in addition in Wisconsin Equine clinic were approximately ten (10) Witness Protected Horses; which Rachel Bourne Janke knew were housed at Wisconsin Equine Clinic.

I noticed Rachel Bourne Janke (Whom I Fired) typing after having noticed Robert Magnus in Wisconsin Equine Clinic (Whbm I refused to Hire) . I also noticejd Dr. Douglas Langer. Not wanting to be detected I remained out of site. There was a car outside which appeared to be waiting for them, with a person whom may appear to me to be a field agent responsible for protecting myself and my horses. I heard something to the effect of "watch out ether" said by Rachel Bourne Janke. Watching the monitors and having them directed to Rachel Bourne Janke I watched her (Rachel Bourne Janke) throw another canister of ether down the aisle. Moving back and forth avoiding detection I watched Dr. Langer (my 22 cousin) attempt to pick up the Canisters of ether with difficulty. Rachel Bourne Janke refused to help Dr. Langer and gave him the Middle finger and left him there with the ether canisters continuing to dispense ether. I was unable to find a face mask fast enough to help Dr. Langer. Dr. Langer and the horses were having great difficulty breathing.

Effects of ether on the cardiovascular are: tachycardia and hypertension and pulmonary edema. Ether is extremely hard on body organs because of the toxic nature of ether affecting the liver and kidneys. The most serious of the dangers associated with ether is that of death. This is especially important when considering the fact that Dr. Langer may be ill; and when considering the state of Illinois verdict giving the horses rights under witness protection; including immunity.

General April M. Roszak

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| United States of America<br>v.<br>Robert Magnus (AKA DR. CANDON WITNESS PROTECTED MARSHAL SERVICE LANSING MICHIGAN)<br>*Defendant* | ) | Case No. to be assigned |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS<br>219 SOUTH DEARBOURN<br>CHICAGO, IL | Courtroom No.: TO BE ASSISGNED |
| | Date and Time: |

This offense is briefly described as follows:

Personally comes General April M. Roszak who makes an oath that Robert Magnus AKA Dr. Candon OR CAMDON Witness Protected Michigan (hereinafter called the accused) did on January 2, 2020 and into January 3, 2020 commit the offense of offense of (18 U.S. Code 2117) Breaking and entry while General April M. Roszak (Witness Protected) was in Wisconsin Equine Clinic.
I noticed Rachel Bourne Janke (Whom I Fired) typing after having noticed (seen) Robert Magnus in Wisconsin Equine Clinic (Whom I refused to Hire) and whom I have had to have keys removed from him on several occasions. He is visible on video tape on more than one occasion.

Date: 02/21/2020

Admirial April M Roszak
*Issuing officer's signature*

ADMIRIAL APRIL M. ROSZAK (MILTY. POL & SO)
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 02/21/2020

*Server's signature*

ADMIRIAL APRIL M. ROSZAK (MILTY. POL & SO)
*Printed name and title*

Case No. to be assigned

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: Rachael Bourne Janke (aka Rese Weatherspoon; Silverstein)

Last known residence: CARMEN ST. JEFFERSON, WISCONSIN

Usual place of abode *(if different from residence address):* MAY ALSO BE FOUND A MERCY WOMANS SHELTER AND WIT MARSHCAL JAMES SCOTT ANDERSEN, ST CATHERINES ALL IN MILWAUKEE, WISCONSIN.

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______

## PROOF OF SERVICE

This summons was received by me on *(date)* ______ .

❒ I personally served the summons on this defendant ______ at *(place)* ______ on *(date)* ______ ; or

❒ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)* ______ , who is authorized to receive service of process on behalf of *(name of organization)* ______ on *(date)* ______ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because: ______ .

I declare under penalty of perjury that this information is true.

Date returned: ______

______
*Server's signature*

______
*Printed name and title*

Remarks:

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF ILLIONIS

/'

**Criminal Warrant** **Case No. NOT ASSIGNED**

**Witness Protection Judge of Chicago Illionis Warrant No.**

Personally comes General April M. Roszak who makes an oath that Robert Magnus AKA Dr. Candon OR CAMDON Witness Protected Michigan (hereinafter called the accused) did on January 2, 2020 and into January 3, 2020 commit the offense of offense of (18 U.S. Code 2117) Breaking and entry while General April M. Roszak (Witness Protected) was in Wisconsin Equine Clinic.

I noticed Rachel Bourne Janke (Whom I Fired) typing after having noticed (seen) Robert Magnus in Wisconsin Equine Clinic (Whom I refused to Hire) and whom I have had to have keys removed from him on several occasions. He is visible on video tape on more than one occasion.

April M Roszak General

April M. ROSZAK, GENERAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the

Northern District of Illinois

Adminiral April M. Roszak

Plaintiff(s)

Kathleen Mary King

Defendant(s)

## SUMMONS IN A CRIMINAL ACTION

To: (Defendant's name and address)

Biller Motel
725 N. 22nd ST
Milwaukee, Wisconsin

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Witness Protected

Admiral April M. Roszak
6508 S. 27th Street No. 135
Oak Creek, Wisconsin 53154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 21, 2020

Signature of Clerk or Deputy Clerk

**Kathleen Mary King** Milwaukee, Wisconsin
18 U.S.2322b, 47-3-210, 47-3-960 GRAND THEFT DOG, 18USC 667 THEFT OF LIVE STOCK (11 COUNTS), , CODE 47-3-960 GRAND THEFT DOG, WISCONSIN STATUE 951.03 DOGNAPPING. 18 U.S. CODE 656 THEFT, 18 U.S.CODE 983 CIVIL FORFEITURE, 18 U.S. CODE 656 THEFT 18 U.S.CODE 113 THEFT
Took from Mt. Pleasant, Wisconsin my witness protection black 12 year old female cocker Spaniel named Dolly April Marie Roszak. She may be sent back and forth between Kathleen King and Theresa Kruger and Dr. Douglas Langer or Wisconsin Equine Clinic.
Kathleen King, Michael Sadowski, Dr. Douglas Langer and Theresa Kruger have violated my rights by avoiding the Federal Demand notice demanding the return of Dolly April Marie Roszak. Katherine Wurel also refused to return Dolly. Dolly disappeared in September of 2018 along with all my medical equipment (walker, cane, tooth). Ms. King also set down a case with my purse in it and left it there; it contained 1000.00 in cash and about $400,000.00 in Jewelry. Ms. King's sister has claim Carolyn has claimed to have the Jewelry.

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Division

Admirial April M. Roszak (Witness Protected)

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**Also See Attached UNITED STATES MARSHALLS SERVICES CHICAGO & Milwaukee FEDERAL BUREAU OF INVESTIGATION CHICAGO FEDERAL BUREAU OF INVESTIGATION Milwaukee, U.S AIR MARSHAL MICHAEL WHER D.C., U.S. MARSHAL FLOYD CHARLES CHICAGO, FBI FIELD AGENT FRED-CHICAGO, U.S. MARSHAL VICTORIA-CHICAGO,U.S. MARSHAL JAMES SCOTT ATLANTA, FBI AGENT MILEAUKEE-MARCUS, U.S. MARSHAL MAXWELL CHICAGO ASSIGNED RACINE, WI.
Dr. Douglas Langer; Veterinary Wisconsin Equine Clinic
Dr. Racheal Bourne Janke; Wisconsin Equine Clinic
Karen Checki Garica, Martin Garcia(witness protection AKA JOSE GARICIA)
Kathleen Mary King
Michael J. Sadowski
Katherine F. Wurel
Sara Parker WITNESS PROTECTION Horse Trainer
Maureen Stramalowski, W1987 Highway 187, Sussex, Wi
Carolyn Koning, Menomonee Falls, Wisconsin
Great Lakes Naval Base Jag 4,5, and 6 Military Judges 2601 Paul Jones Street, Great Lakes, IL
Jag Steinbeck and Jag Stenkie
Dr. Robert Magnus AKA (Candon or Canton) Witness Protection.

Case No. Not Assigned

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

# COMPLAINT FOR A [redacted]/CRIMINIAL /CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Admirial April M. Roszak |
| Street Address | Witness Protection |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | unknown |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U. S. Marshals Services Chicago |
| Job or Title *(if known)* | U.S. Marshals (Floyd Charles, Victoria) |
| Street Address | 219 South Dearbourn Street Suite 2444 |
| City and County | Chicago, |
| State and Zip Code | IL 60604 |
| Telephone Number | 312-353-5290 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | FBI |
| Job or Title *(if known)* | FBI agent Marcus |
| Street Address | Lake Drive |
| City and County | South Milwaukee |
| State and Zip Code | Wisconsin |
| Telephone Number | 414-276-4684 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | U. S. Marshals Services MIlwaukee |
| Job or Title *(if known)* | U. S. Marshals -Marshal O'connor |
| Street Address | 517 E. Wisconsin Ave |
| City and County | Milwaukee and MIlwaukee County |
| State and Zip Code | Wisconsin 53202 |
| Telephone Number | 53202 |
| E-mail Address *(if known)* | unknown |

Defendant No. 4

| | |
|---|---|
| Name | Rachael Bourne Janke Silverstein AKA Rese Weatherspoon |
| Job or Title *(if known)* | Animal Husbandary |
| Street Address | Possible Carmen st in Jefferson, Wisconsin |
| City and County | Jefferson, Jefferson County |
| State and Zip Code | Wisconsin |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | unknown |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

06/01/2017---18US CODE 73 OBSTRUCTION OF JUSTICE AND 18 us code 3521(A)(B)(C)(D)(E)(F)(G)(H) WITNESS RELOCATION AND PROTECTION,18 U.S. CODE 1512 TAMPERING WITH WITNESS OR VICTIM(A1 a and b) 2Bii, 3B i, (b)2(B), (c)(2) -BY THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS U.S. MARSHAL FLOYD CHARLES -MILWAUKEE, WISCONSIN, MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI IN PATICTULAR U.S. FIELD AGENT FRED U.S. MARSHAL-CHICAGO VICTORIA-U.S. MARSHAL ROBERT O'CONNOR AND U.S. AIR MARSHAL MICHAEL WHER 18 us code 3521(A)(B)(C)(D)(E)(F)(G)(H) WITNESS PROTECTION AND RELOCATION ,18 U.S. CODE 1512 TAMPERING(A1 a and b) 2Bii, 3B i, (b)2(B), (c)(2) . U.S.MARSHAL JAMES SCOTT ATLANTA. 18USC1521 TAMPERING WITH A WITNESS, FBI AGENT MARCUS- MiLWAUKEE 18USC 1521B, C, TAMPERING WITH A WITNESS-BY THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –U.S. MARSHAL-CHICAGO, VICTORIA-U.S. MARSHAL ROBERT O'CONNOR AND U.S. AIR MARSHAL MICHAEL WHER. U.S.MARSHAL JAMES SCOTT ATLANTA, DIANE WHER. THE STATE OF WISCONSIN 18 CODE 3521, S6002, 701B&C, 42USC 1983, AND FEDERAL COURTS -MILWAUKEE, WISCONSIN 18 CODE 3521, S.2420-97, 701B,E; AND 42USC 1983CIVIL RIGHTS ACT OF 1871 10USCODE 921ART121 LARCENY U.S. AIR MARSHAL MICHAEL WHER , AND DIANE WHER,U.S MARSHAL FLOYD CHARLES THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, U.S. MARSHAL-CHICAGO VICTORIA-U.S.MARSHAL MAXWELL.18 U.S. CODE 201 BRIBERY U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER. 18US CODE 3301 SECURITIES FRAUD OFFENSES DIANE WHER, U.S. AIR MARSHAL MICHAEL WHER, 18 US CODE1956 LAUNDERING OF MONETARY INSTRUMENTS- THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, U.S. AIR MARSHAL MICHAEL WHER, U.S.MARSHAL JAMES SCOTT ATLANTA, DIANE WHER. 18USC656 THEFT U.S MARSHAL FLOYD CHARLES EMBEZZLEMENT THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –U.S MARSHAL MILWAUKEE, WISCONSIN, U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER. 18USC 1001 903 FALSE STATEMENTS CONCEALMENT U.S. FIELD AGENT FRED, U.S. MARSHAL ROBERT O'CONNOR, U.S. AIR MARSHAL MICHAEL WHER, DIANE WHER, THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –MILWAUKEE, WISCONSIN, MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI. 18USC371 CONSPIRANCY TO DEFRAD THE UNITED STATES GOVERNMENT U.S. AIR MARSHAL MICHAEL WHER AND DIANE WHER, THE U.S. MARSHALS SERVICE CHICAGO ILNOIS – THE U.S. MARSHALS SERVICE MILWAUKEE, WISCONSIN, FBI CHICAGO- IL, FBI MILWAUKEE, WI. 18 US CODE 1345 INJUNCTION AGAINST FRAUD U.S MARSHAL FLOYD CHARLES , GREAT LAKES NAVAL BASE UNITED STATED NAVY, THE U.S. MARSHALS SERVICE CHICAGO ILLINOIS –THE U.S. MARSHALS SERVICE MILWAUKEE, WISCONSIN, THE U.S. MARSHALS SERVICE MADISON, FBI CHICAGO- IL, FBI MILWAUKEE, WI , U.S. FIELD AGENT FRED, U.S. MARSHAL-CHICAGO VICTORIA- U.S. MARSHAL ROBERT O'CONNOR U.S. AIR MARSHAL MICHAEL WHER U.S.MARSHAL JAMES SCOTT ATLANTA, FBI AGENT MARCUS- MiLWAUKEE DIANE WHER. 06/01/2017 THE UNITED STATES MARSHALLS SERVICE CHICAGO HAS VIOLATED MY RIGHTS in May of 2019 and September 24, 2019:My contract is from October of 2018.

A.) The United States Marshalls Service (CHICAGO) refused to come and get me via a released from jail in 2018. Thus my witness protection horses were stolen. THEY DID NOT RESPONE TO FEDERAL NOTIC The Majority of this action happened between June of 2017 and September 2019.

It happened in Milwaukee County, Racine County and Oconomowoc, and Jefferson Wisconsin. The horses have been seen Menomonee Falls Wisconsin and in Waukesha County.

B.) The United States Marshalls Service refused to assist me finding my horses.

C.) The United States Marshalls Service (Milwaukee) refused to give my money which was transferred from Aruba Totaling $989, Trillion, 80 trillion held at manhattan northpoint Il, 385 trillion held at Maxwell funeral home, 90 trillion held at beach investments- northpoint, 385 trillion dollars at the Las Vegas FBI, 90 thousand bollars held at Merton, Wi state bank, over 600 trillion dollars held by Michael Wher at us bank Calvary Canda, 380 trillion dollars given to Sentor Ronald Johnson without my permission by Michael wher. My defense contractor accounts held at Town Bank, U.S, BANK AND M&I BANK ONE ACCOUNT CONTAINING 290 TRILLION DOLLARS IN Aruba dollars in the name of Rockwell Automation and Steel . In the United States that amount more than doubles. 390 COTILLION WAS TRANSFERRED TO DIANNA WHER BECAUSE THE BANK WENT OUT OF BUSINESS. Some may be consealed at Masterson who seem to be investing along with Marshal Wher.

| | |
|---|---|
| Defendant No. 14 | __Great Lakes Naval Base AS WITNESS TO BY JAG STEINBECK AND JAG STENKE |
| Name | __ Great Lakes Naval Base |
| Job or Title | __Naval_Base________________________________ |
| Street Address | _2601 Paul Jones, Street______________________ |
| City and County | _Great Lakes__________ Lake County_________ |
| State and Zip Code | Illinois ________________________________________ |
| Telephone Number | 847-688-2467________________________________ |
| E-mail Address | _Unknown__________________________________ |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/26/2020

Signature of Plaintiff: Admiral April M. Roszak

Printed Name of Plaintiff: APRIL ROSZAK

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: NONE PRO Se Plaintiff WITNESS PROTECTED

Printed Name of Attorney: N/A

Bar Number: N/A

Name of Law Firm: N/A

Street Address: N/A

State and Zip Code: N/A

Telephone Number: N/A

E-mail Address: N/A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the

Northern District of Illinois

Admiral April M. Roszak

Plaintiff(s)

Great Lakes Naval Base

Defendant(s)

## SUMMONS IN A CRIMINAL ACTION

To: (Defendant's name and address)

Great Lakes Naval Base
2601 Paul Jones Street
Great Lakes, IL

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Witness Protected

Admiral April M. Roszak
6508 S. 27th Street No. 135
Oak Creek, Wisconsin 53154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 21, 2020

Signature of Clerk or Deputy Clerk

**Great Lakes Naval Base JAG STEINBECK AS WITNESS AND JAG STENKIE General Bixion** 5 U.S.Code 7121 Grievance procedures. I would like the payment of my lawsuits and garnishments (they may not have been able to locate me).
Great Lakes Naval Base Jag 4,5, and 6 Military Judge 2601 Paul Jones Street, Great Lakes, IL
There is some type of strategic agreement enter into an agreement without my permission concerning 2 of my stolen Hemby Paint Horses the Military Judge demanded their return to me as did the Jefferson County Court house. Instead Dr. Racheal Bourne Janke; Wisconsin Equine Clinic allowed them to be taken out and shown by Rachel Bourne Janke and Parvin Work. The Federal Hemby paint law clearly states that a Hemby paint always belongs to the person who bought him or her.
There are several others off base law suits and garnishments rendering me a very large amount of Cash and are referred to as off base law suits. They were Atlas, Social Security, Allstate, American Colony and several law suits relating to the money being held for me under the Queen Ann will/Estate Including Milwaukee and 11 other states holding money for social services and city names. These are Military e-suites resulted in garnishments that somehow the two paint and my other horses were to be supported by these account made payable to Dr. Racheal Bourne Janke and Wisconsin Equine Clinic.
I would request all holding of money and my Military credentials be surrendered to me as soon as possible. General Bixon turned them over to a Jag at Great Lakes Naval Base. There may be up to 28 laws suites. Out of my money on Base I purchased 3 Show cocker Spaniel and I would like the to be brought up.

5 STAR - GENERAL BIXION IS A WITNESS FOR THE PLANTIFF!!!

JAG STEINBECK IS A WITNESS FOR THE PLAINTIFF!!!